UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BANKERS LIFE AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:18-cv-176 ) |
| JAMES K. LANE, and CROSSROADS CHRISTIAN COLLEGE, | ) ) ) ) |
| Defendants. | ) |

## COMPLAINT FOR INTERPLEADER

Plaintiff, Bankers Life and Casualty Company ("Bankers Life"), by counsel, for its Complaint for Interpleader, alleges and states as follows:

### I. Parties

1. Plaintiff Bankers Life is an insurance company formed as a corporation under the laws of the State of Illinois, with its principal place of business in Cook County, Illinois. Bankers Life is a citizen of the State of Illinois under 28 U.S.C. § 1332(c)(1).

2. Defendant James K. Lane ("Lane") is a resident of Marion County, Indiana. Lane is a citizen of the State of Indiana.

3. Defendant Crossroads Christian College ("the College") is a nonprofit corporation formed under the laws of the State of Minnesota, with its principal place of business in Olmsted County, Minnesota. The College is a citizen of the State of Minnesota under 28 U.S.C. § 1332(c)(1).

## II. Jurisdiction and Venue

4. Bankers Life brings this interpleader action pursuant to 28 U.S.C. § 1335.

5. Bankers Life has custody or possession of money in controversy in excess of $500, to wit, disputed annuity proceeds in the approximate sum of $32,836.48, plus interest as provided by law (the "Death Benefit").

6. Defendants are adverse claimants to the Death Benefit who are diverse in citizenship to each other, payment of which to either may expose Bankers Life to double or multiple liability. This Court therefore has subject matter jurisdiction under 28 U.S.C. § 1335.

7. Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1397 because at least one of the Defendants resides in this judicial district.

## III. Cause of Action

8. On July 24, 2015, Bankers Life issued to Gregory V. Burgett (the "Annuitant") a Single Premium Indexed Fixed Deferred Annuity Policy with an initial premium of $97,612.77, as Policy Number ****856 (the "Policy"). A true and accurate copy of the Policy, including the Application, is attached hereto as <u>Exhibit A</u>[1].

9. In the Application for the Policy, the Annuitant made the following beneficiary designation:

---

[1] Exhibits are redacted for HIPAA and privacy reasons.

**5. Beneficiary Designation**

| Field | Value |
|---|---|
| Primary First Name | Cross Roads Christian College |
| Home Address | 920 Mayowood Rd SW |
| City/Town | Rochester |
| State | MN |
| Zip Code | 55902 |

| Field | Value |
|---|---|
| Primary First Name | Humane Society |
| Home Address | 7929 N. Michigan Rd. |
| City/Town | Indianapolis |
| State | IN |
| Zip Code | 46268 |

| Field | Value |
|---|---|
| Primary First Name | Castleton Christian Church |
| Home Address | 7214 N. Hague Rd. |
| City/Town | Indianapolis |
| State | IN |
| Zip Code | 46256 |

10. The Annuitant died on February 5, 2017.

11. The Policy was paid up and in full force and effect at the time of the Annuitant's death.

12. A probate estate was opened following the Annuitant's death, and is currently pending in the Marion County Superior Court as Case No. 49D08-1703-EU-011711.

13. Under the terms of the Policy, the Death Benefit became due and payable to the rightful beneficiary upon the Annuitant's death, and Bankers Life concedes liability to that effect.

14. On or about August 8, 2017, the College submitted to Bankers Life an Annuity Death Benefit Claim Form. A true and accurate copy of the College's Claim Form is attached hereto as Exhibit B.

3

15. On or about August 31, 2017, Lane submitted to Bankers Life an Annuity Death Benefit Claim Form, as well as a Change of Beneficiary Form purportedly executed by the Annuitant on April 13, 2016 (the "Change Form"), designating the following primary beneficiaries:

| % | Name | Address |
|---|---|---|
| 33⅓% | Humane Society of Indpls | 7929 N. Michigan Rd. Indpls 46268 |
| 33⅓% | Castleton Christian Church | 7214 Hague Rd. Indpls 46256 |
| 33⅓% | James K. Lane | 7809 Nightingale Ct Indpls 46256 |

The Change Form lists the address, telephone number, and facsimile number of "Bankers Life Insurance Company" of St. Petersburg, Florida, not that of Plaintiff herein. Lane alleged that he faxed the Change Form on April 13, 2016, but stated he recently learned he had "faxed it to another company using the same name as [Bankers Life]." True and accurate copies of Lane's August 31st letter, his Claim Form, and the April 13th Change Form and fax cover sheet are collectively attached hereto as Exhibit C.

16. The claims of the Humane Society of Indianapolis and Castleton Christian Church are not in dispute, and they are therefore not made parties to this action.

17. Bankers Life, among others, is a party to certain litigation pending in the Marion County, Indiana Superior Court in which the competence of the Annuitant to make financial

decisions, as of April 13, 2016, has been challenged, calling into question the validity of the Change Form.

18. Bankers Life has provided the College notice of the circumstances surrounding this action, and an opportunity to withdraw its claim, and it has not done so.

19. There exists a real and justiciable controversy between Bankers Life, Lane, and the College as to the Death Benefit.

20. Bankers Life is an innocent stakeholder subject to conflicting claims to the Policy, and cannot pay Lane or the College without justifiable fear of multiple liability and multiple lawsuits.

21. As a mere stakeholder, Bankers Life has no interest in the Death Benefit payable and respectfully requests that this Court determine to whom said Death Benefit should be paid.

22. Bankers Life stands ready, willing and able to deposit the Death Benefit with the Clerk of this Court or to whomever this Court shall otherwise direct for disbursement in accordance with the judgment of this Court.

23. There is no fraud or collusion between Bankers Life and any other party to this action. Bankers Life brings this Complaint for Interpleader of its own free will and to avoid being vexed and harassed by conflicting and multiple claims.

24. Bankers Life has incurred, is incurring, and will continue to incur costs and attorneys' fees in bringing this action.

WHEREFORE, Bankers Life prays for judgment as follows:

(a) That Defendants, and each of them, be ordered to answer this Complaint for Interpleader and litigate their claims between themselves to the Death Benefit;

(b) That Defendants be permanently restrained and enjoined from commencing any other civil action or proceeding against Bankers Life in any state, federal or other court of competent

jurisdiction in order to seek benefits or in order to assert damage claims arising under the Policy as a consequence of the death of the Annuitant;

(c) That Defendants be required to settle and adjust the claims between themselves or, upon their failure to do so, the Court shall settle and adjust their claims and determine to whom the Death Benefit should be paid;

(d) That Bankers Life be permitted to deposit the amount of the Death Benefit into this Court's Registry, or as this Court otherwise directs, to be subject to the order of this Court and paid out as this Court shall direct;

(e) That upon deposit of the Death Benefit, Bankers Life be discharged from any and all further liability to the Defendants relating in any way to the Policy and/or the Death Benefit;

(f) That Bankers Life be awarded costs and reasonable attorney fees incurred to prosecute this action; and,

(g) That Bankers Life be awarded all other and further relief as the Court may deem proper.

Dated this 22nd day of January, 2018.

Respectfully submitted,

s/ Steven K. Huffer
Steven K. Huffer, Atty. No. 8459-49
S.K. HUFFER & ASSOCIATES, P.C.
12821 E. New Market Street, Ste. 250
Carmel, IN 46032
Telephone: (317) 564-4808
Facsimile: (317) 564-4812
E-Mail: steveh@hufferlaw.com